UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                      :

SHANE WATSON,
                                        :

             Petitioner,                       ORDER
                                        :

      -v.-                                  99 Civ. 1364 (PAE)(GWG)
                                        :

CHRISTOPHER ARTUZ
                                        :

             Respondent.
                                        :

------------------------------------------------------------------------x

**GABRIEL W. GORENSTEIN,** United States Magistrate Judge.

Pursuant to a mandate from the United States Court of Appeals for the Second Circuit filed September 24, 2024 (Docket # 115), and the Opinion and Order filed September 18, 2024 (Docket # 114), petitioner's motion to amend (Docket # 99) is granted. Petitioner shall file the amended petition on or before October 16, 2024.

On or before November 16, 2024, respondent shall file either an answer or, if respondent has a basis on which to seek to have the petition denied or dismissed that does not require an answer, a motion with respect to the petition:

(1) the answer or motion shall include an affidavit annexing all documents necessary for the adjudication of this matter if any such document is not already filed in the record of this case;

(2) the submission shall include a memorandum of law fully describing the factual and legal basis underlying the respondent's opposition and each statement of fact therein shall be accompanied by a citation to the appropriate transcript, affidavit or document by paragraph or page number;

(3) petitioner shall have thirty (30) days from the date on which he is served with respondent's answer or motion to file a response or traverse.

SO ORDERED.                              -2-

Dated: New York, New York
      October 9, 2024


_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

-2-