UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                                          :

SHANE WATSON,
                                                                         :

                Petitioner,                           ORDER
                                                                         :        99 Civ. 1364 (PAE) (GWG)

       -v.-

                                                                         :

CHRISTOPHER ARTUZ, Superintendent,     :
Green Haven Correctional Facility,
                                                                         :

                Respondent.                 :

                                                                          :
------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge:**

      In its briefing of this matter, respondent attached to its memorandum of law (Docket # 121) the record of the most recent section 440 proceeding, which petitioner supplemented with attachments to his reply brief (Docket # 124). However, the Court is unable to locate in Docket # 121 (or elsewhere) petitioner's memorandum of law submitted to the Supreme Court of the County of Bronx as mentioned in Glenn Garber's July 24, 2020, affirmation (Docket # 121-1, at 15). The parties are hereby directed to file petitioner's July 24, 2020, memorandum of law on the docket on or before June 20, 2025 (or, if the document is already in the record, identify its docket entry).

      Additionally, it appears that the "Garrison/Dowdy memo," filed as part of Dockets ## 121-1 and 121-2, is missing a number of pages. Specifically, the last page of the Garrison/Dowdy memo filed on Docket # 121-1 is paginated as page 10, whereas the next page of the Garrison/Dowdy memo filed on Docket # 121-2 is paginated as page 14. On or before June 20, 2025, the parties are directed to either confirm that the record is complete as is or to file the missing pages.

      SO ORDERED.

Dated: June 18, 2025
       New York, New York

                                                    GABRIEL W. GORENSTEIN
                                                   United States Magistrate Judge