

September 28, 2025

*Via ECF*
Hon. Paul E. Engelmayer
U.S. Districrt Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Shane Watson v. Christopher Artuz,* 99-cv-1364 (PAE/GWG)

Dear Judge Engelmayer:

We write to request a two-week extension (until October 13, 2025) to file our objections to the Report and Recommendation issued in the above referenced matter on September 19, 2025 (DE 129).

Our objections are due tomorrow, September 29, 2025. This is our first request for an extension. Despite my best efforts to finish the filing this weekend and tomorrow it is apparent that we will not be able to meet the deadline. I waited to work on the filing because of pressing deadlines and commitments in multiple other cases the past two weeks, and it is more work than I anticipated. There is no scheduled court date for this matter.

I reached out to Respondent's counsel earlier today to seek her position on this request but have not yet heard back. I did not want to wait any longer to file this letter request because our papers are due tomorrow. We will advise with a follow-up as soon as we hear from Respondent.

We apologize for any inconvenience. Thank you for your consideration.

Respectfully,

*/s/ Glenn Garber*
Glenn Garber, Director

GRANTED.

SO ORDERED.

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Date: September 29, 2025
New York, New York