Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

T   +1 212.872.1000
F   +1 212.872.1002
akingump.com



November 13, 2025

*Via ECF*
Hon. Paul E. Engelmayer
U.S. District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

     Re:    *Shane Watson v. Christopher Artuz*, 99-cv-1364 (PAE/GWG)

Dear Judge Engelmayer,

    We are counsel for prospective *amici* in the above referenced action.  We are filing a notice of appearance with this letter.  We write to request an extension of time, until one week after Petitioner's Objections to the Report and Recommendation is filed, to file the motion for leave to submit an *amicus* brief in support of Petitioner and the accompanying *amicus* brief.

    As Petitioner previously informed the Court, the *amicus* brief will address the reasonableness of the state court's rejection of the evidence of a pattern of police misconduct that was revealed through the *People v. Kelvin Parker and Dennis Coss* and *People v. Huwe Burton* reinvestigations.  We have been working closely with several parties who have expressed interest in joining, including Barry Scheck, founder of the Innocence Project, and Laura Cohen, Director of the New Jersey Innocence Project, who are part of Huwe Burton's defense team; the innocence organization Centurion; and Jim Trainum, a former detective and expert on police practices.  Thus, while the topic of the proposed *amicus* brief has not changed, a modest extension is needed to finalize the composition of the group and refine the group's collective position.  Moreover, *amici* are striving to present a unique perspective to the Court and would benefit from seeing Petitioner's objections to the Report and Recommendation to prevent duplicative arguments before finalizing their motion for leave to file an *amicus* brief and the accompanying *amicus* brief.

    Extending the deadline to file the *amicus* application to one week after Petitioner's filing is due would be consistent with other cases in this District in which *amici* have offered a proposed brief.  *See, e.g., FuboTV, Inc., et al. v. The Walt Disney Company, et al.*, 745 F. Supp. 3d 109 (S.D.N.Y. Aug. 8, 2024) (No. 24-cv-01363), ECF No. 267; *U.S. Sec. & Exch. Comm'n v. Morningview Fin. LLC*, No. 22-cv-8142 (S.D.N.Y. Jul. 5, 2023), ECF No. 32.

    We therefore respectfully request that the Court grant leave to file the motion for leave to submit an *amicus* brief on or before December 22, 2025, or one week after Petitioner's objections are filed.  This is our first request for an extension.

Respondent takes no position on our request for an extension.

Thank you for your consideration.

Respectfully,

Parvin D. Moyne
Anne M. Evans
*Counsel for Amici Curiae*

Dated:  November 13, 2025
New York, New York

**AKIN GUMP STRAUSS HAUER & FELD LLP**

 */s/ Parvin D. Moyne*
Parvin D. Moyne
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
pmoyne@akingump.com

 */s/ Anne M. Evans*
Anne M. Evans
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
aevans@akingump.com

GRANTED.  No further extensions.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Date: November 17, 2025
New York, New York