UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANE WATSON, Petitioner, -v- CHRISTOPHER ARTUZ, Respondent. | 99 Civ. 1364 (PAE) (GWG) ORDER |

PAUL A. ENGELMAYER, District Judge:

Currently before the Court is Shane Watson's amended second petition for a writ of habeas corpus. Dkt. 117. Upon review of the parties' submissions and the Report and Recommendation, Dkt. 129, the Court has determined that it would benefit from oral argument in this case.

Accordingly, the Court schedules argument for **October 21, 2026** at **9:30 a.m**. The argument will take place in Courtroom 1305 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: August 4, 2026
New York, New York