UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANE WATSON,

Petitioner,

-v-

CHRISTOPHER ARTUZ,

Respondent.

99 Civ. 1364 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Due to an unavoidable conflict, the oral argument, previously scheduled for October 21, 2026, is hereby adjourned to **Monday, October 19, 2026 at 9:30 am** in Courtroom 1305 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Dated: October 6, 2026
New York, New York