UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANE WATSON,

Petitioner,

-v-

CHRISTOPHER ARTUZ,

Respondent.

99 Civ. 1364 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated at today's argument, the Court ordered the parties to file post-hearing letters addressing discrete subjects. By October 26, 2026, petitioner Watson is directed to file a letter with the Court addressing whether, at the *Burton* trial, the prosecution offered evidence or argued that, on October 26, 2026, the day his mother was murdered, Burton had been absent from school during the time period when his teacher told Detective Jones that he had been in class. By November 2, 2026, the State is directed to file a letter addressing this point and responding to petitioner's letter, and stating whether, and if so on what basis, the State objects to the Court's considering Exhibit A, a document offered by amici at the start of today's hearing.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 19, 2026
New York, New York