UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANE WATSON,<br><br>Petitioner,<br><br>-v-<br><br>CHRISTOPHER ARTUZ,<br><br>Respondent. | 99 Civ. 1364 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On October 19, 2026, the Court ordered the State to file a letter addressing whether, at the *Burton* trial, the prosecution offered evidence or argued that, on October 26, 2026, the day his mother was murdered, Burton had been absent from school during the time period when his teacher told Detective Jones that he had been in class. Dkt. 159. To enable the State to comply with that order, the Court orders that the trial transcript in *People v. Huwe Burton*, Bronx County Indictment Number 7009/1989, be unsealed for this limited purpose.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: November 3, 2026
New York, New York